**Charles L. FREEZE, Plaintiff—Appellant,**

v.

**VETERANS ADMINISTRATION MEDICAL CENTER, in Salisbury, North Carolina, Defendant—Appellee.**

No. 06–1055.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2006.

Decided April 10, 2006.

Charles L. Freeze, Appellant Pro Se. Lynne P. Klauer, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles L. Freeze appeals the district court's orders denying his motion to recuse and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *See Freeze v. Veterans Admin. Med. Ctr.*, No. CA–05–219–1–FWB (M.D.N.C. June 21, 2005; Dec. 29, 2005). We deny Freeze's motions to recuse the district court judge, to charge the district court judge with obstruction of justice, and for an en banc hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*